JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAY TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-0341 LJO-SKO |
| Plaintiff, | |
| v. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT PRETRIAL PROCEEDINGS; ORDER THEREON |
| SAY TAYLOR, | |
| Defendant. | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Say Taylor, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

Defendant makes this request because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship. Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court. Mr. Taylor current lives in the Los Angeles area. His daughter is disabled and Mr. Taylor needs to transport her to a

number of different medical appointments.  Mr. Taylor is currently in compliance with all his conditions under Pretrial Services.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED:   1/23/2013

/s/ Say Taylor
SAY TAYLOR

DATED:   1/28/13

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
Say Taylor

# **O R D E R**

GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order of the court.

IT IS SO ORDERED.

**Dated:   January 28, 2013**             /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE