JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SAY TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:12-cr-00341 LJO-SKO |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE:   July 22, 2013 |
| SAY TAYLOR, | TIME:   1:30 P.M. |
| | JUDGE: Hon. Lawrence J. O'Neill |
| *Defendant.* | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for May 13, 2013, **may be continued to July 22, 2013 at 1:30 p.m. before the Honorable Lawrence J. O'Neill.**

The parties have reached a resolution on this case and Mr. Taylor wishes to enter a plea at his next court hearing.  However, the case is currently set on a date Mr. Taylor has to take his disabled daughter to a medical appointment.  In consulting with counsel for the government, as well at Mr. Chy Yang, the Laotian interpreter generally used by the court, the next date available for all parties is July 22, 2013.  Mr. Taylor would additionally request to be placed on the 1:30 p.m. calendar as he drives up from the Los Angeles area on the dates he is required to attend court.

///

///

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 15, 2013            By:    /s/ Karen A. Escobar
                                        KAREN A. ESCOBAR
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        JOSEPH SCHLESINGER
                                        Acting Federal Defender

DATED: April 15, 2013            By:    /s/ Charles J. Lee
                                        CHARLES J. LEE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        SAY TAYLOR

**O R D E R**

Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 16, 2013**            /s/  Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE