HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Say Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:12-cr-00341 LJO-SKO-1 |
| Plaintiff, | *EX PARTE* APPLICATION FOR RETURN OF PASSPORT;  ORDER |
| vs. | |
| SAY TAYLOR, | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

On October 1, 2012, Defendant, Say Taylor, appeared before the Honorable Gary S. Austin and was ordered released from custody under the supervision of Pretrial Services. Among other conditions, Mr. Taylor was ordered to surrender his passport.  (Dkt. # 28).  On October 5, 2012, Mr. Taylor's passport (US Passport #215960963) was surrendered to the court. (Dkt. #37)

On February 3, 2014, Mr. Taylor appeared before the Honorable Lawrence J. O'Neill and was sentenced to 60 months of probation.  As Mr. Taylor has met all the requirements of pretrial release and is now on formal probation, defense requests that his passport be returned to him.

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: February 3, 2014       By:     /s/ *Charles J. Lee*
                                      CHARLES J. LEE
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      SAY TAYLOR

**O R D E R**

Voicing no objection by either Probation or the U.S. Attorney, Defendant Say Taylor's US Passport #215960963 shall be returned to the defendant forthwith.

IT IS SO ORDERED.

Dated:   **February 6, 2014**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

*Ex Parte* Application for Release of Passport; [Proposed] Order

-2-